MORGAN, LEWIS & BOCKIUS LLP
DEBRA L. FISCHER (Bar No. 142516)
Email: debra.fischer@morganlewis.com
ADAM E. WAGMEISTER (Bar No. 287534)
Email: adam.wagmeister@morganlewis.com
355 S. Grand Ave. Suite 4400
Los Angeles, CA 90071
Telephone: (213) 680-6400

Attorneys for Defendant
BED BATH & BEYOND of CALIFORNIA
LIMITED LIABILITY COMPANY

WESIERSKI & ZUREK LLP
TERENCE P. CARNEY (Bar No. 105369)
Email: lcarney@wzllp.com
LAURA J. BARNS (Bar No. 093485)
Email: lbarns@wzllp.com
One Corporate Park, Suite 200
Irvine, California 92606
Telephone: (949) 975-1000

Attorneys for Plaintiff
JOSEPH B. DUNCAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH B. DUNCAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BED BATH & BEYOND of CALIFORNIA LLC, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants | Case No. SACV15-00273 AG (DFMx)<br><br>**[PROPOSED] ORDER ENTERING STIPULATED PROTECTIVE ORDER**<br><br>[*Stipulated Protective Order for the Production and Exchange of Confidential Information Filed Concurrently Herewith*]<br><br>Hon. Andrew J. Guilford<br>Court Room 10D<br>Complaint Filed: February 17, 2015<br>Trial Date: May 24, 2016 |

# **ORDER**

FOR GOOD CAUSE SHOWN, THE STIPULATED PROTECTIVE ORDER FOR THE PRODUCTION AND EXCHANGE OF CONFIDENTIAL INFORMATION FILED CONCURRENTLY HEREWITH IS HEREBY ENTERED. IT IS SO ORDERED.

DATE:   December 9, 2015

_____
Hon. Douglas F. McCormick
United States Magistrate Judge

-2-

[~~PROPOSED~~] ORDER ENTERING STIPULATED PROTECTIVE ORDER